Printed: 06/07/10 11:46 AM

# Claims Distribution Small Checks



## Trustee: Bridget A. Brine (430170)

**Case:** 09-51145 - HALLOWELL, ROGER A

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 92000255337566 | 110 | 06/07/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $7.34 |
| | | 5 | 12/04/09 | 610 | American Express Centurion Bank | 1,254.95 | 1,254.95 | 4.33 | 4.33 |
| | | 7 | 12/10/09 | 610 | Roundup Funding, LLC | 870.74 | 870.74 | 3.01 | 3.01 |

RECEIVED
2010 JUN -9 AM 8:56
U.S. BANKRUPTCY COURT
DULUTH, MN



(*) Denotes objection to Amount Filed